No. 11–10604. NESTOR v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 12–250. PECORE ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 12–264. MCFATRIDGE v. WHITLOCK ET AL. C. A. 7th Cir. Certiorari denied.

No. 12–268. BRUSH v. SEARS HOLDING CORP., DBA SEARS, ROEBUCK & CO. C. A. 11th Cir. Certiorari denied.

No. 12–270. MAYE v. HAYNES, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 12–381. BERRIOS v. UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied.

No. 12–409. CHIROPRACTIC & SPORTS INJURY CENTER OF CREVE COEUR, P. C. v. ALL AMERICAN PAINTING, L. L. C. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 12–447. BROOKS ET AL. v. ARTHUR. C. A. 4th Cir. Certiorari denied.

No. 12–482. BAGDIS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 12–489. VAN STRAATEN v. SHELL OIL PRODUCTS CO., LLC, ET AL. C. A. 7th Cir. Certiorari denied.

No. 12–510. ASARCO LLC v. ENVIRONMENTAL PROTECTION AGENCY ET AL. C. A. D. C. Cir. Certiorari denied.

No. 12–525. CHINA TERMINAL & ELECTRIC CORP. ET AL. v. WILLEMSEN, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF WILLEMSEN, ET AL. Sup. Ct. Ore. Certiorari denied.

No. 12–605. KIM v. RITTER ET AL. C. A. 7th Cir. Certiorari denied.